UNITED STATES of America, Plaintiff—Appellee,

v.

Rigoberto CHAVEZ–SANDOVAL, Defendant—Appellant.

No. 03–10609.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Glyndell E. Williams, Philip A. Ferrari, Esq., Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Donald S. Frick, Esq., Sacramento, CA, for Defendant–Appellant.

Before: GOODWIN, W. FLETCHER and FISHER, Circuit Judges.

MEMORANDUM **

Rigoberto Chavez–Sandoval appeals from his conviction and 84–month sentence, imposed after a bench trial, for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

338

Pursuant to *Anders v. California,* 386 U.S. 738, 87, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Chavez–Sandoval has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Chavez–Sandoval has filed a pro se supplemental brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction. Because Chavez–Sandoval was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court to answer that question, and to proceed pursuant to *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005).

Counsel's motion to withdraw as counsel on appeal is denied.

The conviction is AFFIRMED, and the sentence is REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.